## Petition

For a Writ of Habeas Corpus upon Title 28. U.S.C. Sec. 2241. C. 2. 3. and 2242 for State's why i not go to U.S. Dist. Ct. of my Prison unit? and want this Habeas upon Title 28. U.S.C. Sec. 1361 action to compel officer of the United States to perform his duty! And Title 18. U.S.C. 242 one person illegal action under color of any law and Biven action upon Title 28. U.S.C. Sec. 1331?

FILED BY S/A/ U.D.C.
APR 22 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. LAUD.

MR. CHARLES ALPINE.
PETITIONER
T.d.C.J. # 1422624
Housing 12-D. A#09 cell
James V. Allred unit
2101. F.M. 369. N. Iowa Park
Texas 76376?

MR. DAVID H. ____
Respondent U.S. Dist Ct. Judge of case
# 4-08-CV-1528 AT
U.S. Courthouse
515 Rusk Street
Houston Texas
77002?

To Clerk of U.S. Dist. Ct. at 299. E. Broward Boulevard Fort Lauderdale Florida 33301 case # _____ ?

### Jurisdiction

The U.S. Dist. Ct. in Fort Lauderdale Florida. And appropriate venue under Title # 28. U.S.C. Sec. 1391. A2. B2. Because i C. Alpine. sanction to pay for three past civil cases! before they view any future appeals cases? order of U.S. 5th. Cir. App. Ct. Cent December-6-2012? i belive i.i.s. senction upon Title # 28. U.S.C. Sec. # 1915 "G"! i.i.s. sanction by U.S. Supreme Court Clerk Cent February 22-2010. To pay the whole docket fee before i file any cases in their's court! its all so undoubtedly true. Some prisoners have legitimate constitutional claims read E.G. Brown. v. Plata # 131. S.Ct. 1910 yr. 2011? All so. protection inmate who file suit whether meritorios? or not read Ex Parte Hull 312. U.S. 546. U.S. Ct. 640. 85. L. Ed. 103 yr. 1941? i want venue of personal jurisdiction? see Black Law Dictionary???

## GROUNDS OF HABEAS

1. NO CRUEL AND UNUSEAL PUNISMENTS UPON U.S. BILL OF RIGHTS YR. 1791. 8. Amendment!

2. RIGHTS TO DUE PROCESS OF LAW UPON U.S. BILL OF RIGHTS YR. 1791. #5. AMENDMENT!

## FACTS OF HABEAS #1.

ITS A FACT I WANT TITLE 28. U.S.C. SEC. 2241. C.2. IN THIS HABEAS TO MEAN! HE IN CUSTODY FOR A ACT DONE OR OMITTED IN PURSURANCE OF ACT OF CONGRESS OR AN ORDER PROCESS JUDGEMENT OR DECREE OF A COURT OR JUDGE OF THE UNITED STATES! ITS A FACT I WANT TITLE 28. U.S.C. SEC. 2241. C.3. TO MEAN! HE IN COSTODY IN VIOLATION OF CONSTITUTION AND LAWS OF THE UNITED STATES! ITS A FACT I WANT TITLE 28-U.S.C. SEC. 1391 A2. TO MEAN IN THIS CASE IS THE PROPER VENUE FOR CIVIL ACTION SHALL BE DETERMINED. WITHOUT REGARD TO WHETHER THE ACTION IS LOCAL OR TRANSITORY IN NATURE! LIKE ANY UNITED STATES FEDERAL COURT CAN TRIAL THIS CASE. AS LONG. AS. IT HAPPEN IN THE COUNTRY OF UNITED STATES! AND UNITED LAND IN OTHER COUNTRY! WHICH THE SAME BLACK LAW DICTIONARY, MEANING FOR PERSONAL JURISDICTION! ITS A FACT BLACK LAW DICTIONARY MEANING FOR PERSONAL JURIS DICTION IS. A COURT. POWER. OF THE U.S.A. TO BRING A PERSON. IN. TO. ITS U.S.A. FEDERAL-COURT! ABOUT THAT PERSON. VIOLATING! THE OTHER. PERSON. PRIVILEGE! THE UNITED STATES COURTS AND GOVERMENTS. GIVE THAT PERSON! LIKE PRIVILEGE OF GOOD TREATMENTS (HANDLEING.) AS WELL AS HAVING PROPERTY AS WELL AS SALEING PROPERTY! ITS A FACT I WANT TITLE 28. U.S.C. SEC. 1391. B.2. TO MEAN. IN THIS CASE! IS A SUBSTANTIAL PART OF PROPERTY! THATS THE SUBJECT OF. THE ACTION THAT IS SITUATED AND LOCALED! MY U.S. BILL OF RIGHTS YR. 1791. OF PRIVILEGE FROM THE U.S.A. GOVERMENTS RIGHTS TO ACCESS OF THE U.S.A. COURTS MY PROPERTY! IN WHICH I WANT THIS HERE FACT UP UNDER PERSONAL JURISDICTIONAL BLACK LAW DICTIONARY. MEANING!!!

## FACTS OF HABEAS #2. etc.

it's a fact on October-2, 2008 U.S. dist. in Houston Tx. case #4-08-2528 is dismissed by U.S. dist. ct. Judge Mr. David Hittner. For not exhausting state court remedy! it's a fact, i not got to exhausting state court's to come to U.S. district court. Read Rose V. Lundy 102.S.Ct.1198-1206 Yr.1982. Read Title 28.U.S.C. sec. 2254. Petition! paragraph #5 page #2 That state's only one state court judgement! its a fact i believe U.S. dist. ct. in Houston Tx. case #4-08-25-28 is a title 28. U.S.C. sec. 2254! is my state prison federal Habeas Corpus. That U.S. dist. ct. in Houston Tx. case #4-08-2528! U.S. Judge. D. Hittner. is talking about! its a fact when state court. make a one state court judgment! the exhaustion. requirement is satisfied i believe for title #28. U.S.C. sec. 2254 Habeas Corpus Read Brown.V. Allen 344. U.S. 433-447. 73 S.Ct. 397 L.Ed. 469 Yr. 1993! its a fact on. you state's your claim on direct. appeal of state court you not. got to go. to another state court to come to federal U.S. dist. ct. upon title 28. U.S.C. sec. 2254! Read Braden 30. 74 judicial circuit of Ky. 410. U.S. ct. 1123-35. L.Ed. 2d. 443 Yr. 1973! its a fact i had a criminal trial at Harris County district court room #184. case #1092935 of jury trial date February. 27-2007! in which he is. pro-se attorney its a fact i left all my appeal work for my appeal attorney to do! its a fact my court-appointed appeal attorney name is Ms. Emily M. DeToTo. i relie. on her to do my appeal. work. of year 2007 to yr. 2008 - Read Evitts. V. Lucey 469. U.S. 105. S.Ct. 830 Yr. 1985! its a fact my Houston Tx. First. App. ct. case #01-0700177 CR. is affirmed. of date June-12-2008! its a fact by me go to state - trial court and state first appeal court! i exhausted my. one state court judgements require ment for title #28. U.S.C. sec. 2254 Because i been to-two state courts!

## FACTS OF HABEAS #3

ITS A FACT I NOT RECALL U.S. DIST. CT. IN HOUSTON TX. CASE #4-08-2528 U.S. JUDGE DAVID HITTNER! MAIL ME A ORDER OF MISSAL! STATING C. ALPINE NOT EXHAUSTED THAT WHY I WROTE AN FILE A SECOND TITLE 28. U.S.C. SEC. 2254! IN THAT SAME U.S. COURT HOUSE! OF TWO YEARS LATER OF YEAR 2010! THAT U.S. DIST. CT. IN HOUSTON TX. GIVE ME CASE #4-10-CV-2783. U.S. DIST. COURT JUDGE M.S.V.d. GILMORE! ITS A FACT I GOT THE INFORMATION ABOUT MY U.S. DIST. IN HOUSTON TX. CASE #408-2528! AND U.S. DIST. CT. DAVID HITTNER RULING! FROM A STATE COURT MOTION TO DISMISS U.S. DIST. CT. IN HOUSTON TX. CASE: 4-10-2783! OF U.S. DIST. CT. IN HOUSTON TX. U.S. JUDGE M.S.V.d. GILMORE!

## ERRORS OF HABEAS

BY U.S. DIST. CT. HOUSTON TX. CASE #408-2528 U.S. JUDGE STATES! C. ALPINE NOT EXHAUSTED STATE COURT REMEDY! WHICH THAT HABEAS OF TITLE 28. U.S. SEC. 2254 REQUIRE ONE STATE JUDGEMENT. GOT TWO STATE COURT JUDGEMENT! MY CRIMINAL TRIAL AND APPEAL COURTS JUDGEMENTS! ALL AND ALL THE U.S. DIST. CT. HOUSTON TX. CASE #408-2528 JUDGE DAVID HITTNER! IS IN VIOLATION OF MY GROUNDS IN THIS HERE HABEAS!

## CASE LAW OF HABEAS

THE GUILTY BE CONVICTED THE INNOCENCE GO FREE READ EVITTS. V. LUCEY 105 S CT. 830! READ BRIDAGE V. WIXON 326. U.S. 135-166 YR. 1945! READ HERRING V. NEW YORK 422. U.S. 833-862 YR. 1975! 8. AMENDMENT VIOLATION DO NOT HAVE TO WAIT THE CONSUMMATION OF THREATENED INJURY TO! OBTAN PREVENTIVE RELIEF READ PENNSYLVANIA. WEST VIRGINIA 262. U.S. 553-593-43-S-CT. 658-663-664 L. ED 1117 YR. 1923! READ HELLING V. MC KINNEY 509. U.S. 25 YR. 1993! PRISONERS STILL HAVE SOME OF THEIR'S U.S. BI-11. OF RIGHTS YR. 1791 READ BELL V. WOLFISH 599. S. CT. 186 YR. 1977!

## PRAYER OF HABEAS

I WANT IT ALL SO PROTECT INMATES WHO FILE SUIT WHETHER MERITORIOS OR NOT READ EX PARTE HULL 312. U.S. 546-61 S.CT. 640. 85. L.Ed. 1034 YR. 1941! I WANT THE COURT TO IN JUNCTION. U.S. DISTRICT COURT IN HOUSTON TEXAS CASE # 408-25 28. U.S. DIST. CT. JUDGE MR. DAVID HITTNER! TO DISMISS MY #45 - YEARS SENTENCE! I WANT THE HELP OF A LAWYER UPON TITLE -18. U.S.C. SEC. 3006. BECAUSE I LIVE IN ADMINISTRATIVE SEGREGATION CELL! THE LIBRARY GOT TO COME TO ME! I-WANT U.S. SUPREME COURT COURT IN LEWIS.V. CASEY 518. U.S. 341 YR. 1996! STATE'S THAT IN ORDER TO GET INJUNCTION A PRISONER MUST SHOW ACTUAL- OR IMMINENT INJURY! INJURY DOES NOT HAVE TO BE PHYSICAL! NOT-HAVEING MY FREEDOM. IS. C. AL-PINE IN JURY! I WANT WHERE CON-STITUTIONAL RIGHTS ATTACK P.L.R.A. TITLE 28- U.S.C. SEC. 1915.G. NO TAP--PLY TO THIS CASE READ RODRIGUEZ.V. COOK 169 F 3d 1176-1180 YR. 1999! I WANT THE U.S. DIST. CT. TO MAIL ME YOUR U.S. COURT APPLICATION FOR FORMA-PAUPERIS!

## OATH OF DECLARATION

I STATE'S HABEAS IS TRUE UPON TITLE 28. U.S. C. SEC. 1746 UNDER PENALTY OF PERJURY!

ISI Charles Alpine.

DATE- 4 -15 -2019 MONDAY

IN THE UNITED STATES DISTRICT COURT
FOR #299 EAST BROWARD BOULEVARD-
ROOM 108 FORT LAUDERDALE-Florida 33301

| | |
|---|---|
| MR. CHARLES ALPINE, COMPLAINTIFF | ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION |
| V | |
| MR. DAVID HITTNER DEFENDANT | CIVIL ACTION NO. ___ |

UPON THE HABEAS CORPUS AN SUPPORTIN FACTS OF COMPLAINTIFF AND THE MEMORANDUM OF LAW SUBMITTED. HEREWITH IT IS.

ORDERED THAT DEFENDANT DAVID HITTNER SHOW CAUSE IN ROOM _____ OF UNITED STATES COURTHOUSE. AT _____

ON THE ____ DAY OF ____ 2019 AT ____ OCLOCK WHY PRELIMINARY INJUNCTION SHOULD BE ISSUE PURSUANT TO RULE 65.A. OF FEDERAL RULES OF CIVIL PROCEDURE ENJOINING THE DEFENDANT THEIR'S SUCCESSORS IN OFFICE AGENTS AND EMPLOYEE AND ALL OTHER PESONS ACTING IN CONCERT AND PARTICIPATION WITH THEM FROM I WANT. TO INJUNCTION U.S. DISTRICT COURT IN HOUSTON TX CASE 4-08-25-28 U.S. DIST. CT. JUDGE DAVID HITTNER TO DISMISS MY #45 YEARS-SENTENCE

IT IS FURTHER ORDERED THAT THE ORDER TO SHOW CAUSE AND ALL OTHER PAPER ATTAHED TO THIS APPLICATION BE SERVED ON THE AFORESAID PLAINTIFFS BY

DATE

_____

DATED _____
UNITED STATES DISTRICT JUDGE

NAME: CHARLES AL. PINE.
TDC#: 142624. HOUSEING 12.D.C. 09-CELL 9
2101 FM 369 N -
IOWA PARK, TEXAS 76367

To CLERK OF U.S. DISTRICT.
AT #299. E. BROWARD. BOULEVARD
ROOM #108. FORT LAUDERDALE. FLOR-
- IDA #33301. -